MARK L. KEIFER, ESQ. (SBN116633)
mkeifer@ericksenarbuthnot.com
ANGELA G. KIM, ESQ. (SBN176809)
akim@ericksenarbuthnot.com
DEBORAH A. SMILLIE, ESQ. (SBN 97171)
dsmillie@ericksenarbuthnot.com
ERICKSEN ARBUTHNOT
835 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017-2656
(213) 489-4411
(213) 489-4332 Fax

Attorneys for Defendants EXTENDED STAY AMERICA, INC., A DELAWARE CORPORATION incorrectly sued as EXTENDED STAY AMERICA; ESA MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY incorrectly sued as ESA MANAGEMENT, INC., and ESA P PORTFOLIO, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ASHLEY CHANDLER,<br>Plaintiff,<br>vs.<br>Defendants<br>EXTENDED STAY AMERICA; ESH / ESA PROPERTIES, LLC; ESA MANAGEMENT, INC.; ESA P PORTFOLIO, LLC and DOES 1 through 100, inclusive. | CASE NO.: '20 CV0024 W    BLM<br><br>(37-2019-00051953-CU-PO-NC SAN DIEGO COUNTY SUPERIOR COURT)<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (a)**<br><br>State Complaint Filed: September 27, 2019<br>Removed to USDC: January 3, 2020 |

PLEASE TAKE NOTICE that Defendants, EXTENDED STAY AMERICA, INC., A DELAWARE CORPORATION incorrectly sued as EXTENDED STAY AMERICA, ESA MANAGEMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY incorrectly sued as ESA MANAGEMENT, INC., and ESA P PORTFOLIO, LLC (collectively "Defendants"), hereby remove the above-captioned action from the Superior Court of the State of California, San Diego County Superior Court, North Division, to the United States District Court for the Southern District of California. (ESH/ESA Properties, LLC, is not a proper party to this case, is not part of Defendants' businesses and is not a subsidiary of Extended Stay America, Inc.)  Removal is based upon, *inter alia*, the following grounds:

1. On or about September 27, 2019, Plaintiff, Laura Ashley Chandler, commenced an action in the Superior Court of the State of California, County of San Diego, Northern Division, entitled *Laura Ashley Chandler v. Extended Stay America, et al.* (37-2019-00051953-CU-PO-NC).

2. On or about December 5, 2019, Defendants were served at the Extended Stay America San Diego Carlsbad Village by the Sea, located at 1050 Grand Avenue, Carlsbad, CA 92008. According to Plaintiff's proofs of service filed with the Court, defendants were served with copies of the Summons, Complaint, Alternative Dispute Resolution Package, Civil Case Cover Sheet, and Notice of Electronic Filing, Copy of POS-010.

3. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 (a)(1) and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441(a), as Defendants, Extended Stay America, Inc., ESA Management, LLC, and ESA P Portfolio, LLC, are each Delaware corporations or limited liability companies with their principal place of business in Charlotte, North Carolina. Plaintiff Laura Ashley Chandler is a resident of the State of California.

4. In her complaint, Plaintiff alleges significant injuries and damages, including, but not limited to, wage loss, hospital and medical expenses, general damage, loss of earning capacity, and other damages. (*See,* Complaint, at pp. 3-4.) Based on the allegations contained in the complaint, and Plaintiff's demand letter, dated July 12, 2019, in which Plaintiff outlined her damages, claiming over $189,000 in special damages, $189,637.64 in medical bills and demanding $550,000 to settle the claim, Defendants aver that the amount in controversy exceeds the jurisdictional minimum of $75,000.00. (A copy of the referenced letter is attached as Exhibit B.)

5. This Notice of Removal was filed within thirty calendar days after service of the summons and complaint at the Extended Stay America San Diego Carlsbad Village by the Sea on or about December 5, 2019.

6. Defendants are filing concurrently herewith a copy of the Civil Case Cover Sheet, Summons and Complaint served upon the Defendants, pursuant to 28 U.S.C. §

1446(a), attached as Exhibit A.

7. Based on the foregoing, this Court has jurisdiction over this action. Accordingly, this action is properly removed.

8. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of California, and pursuant to 28 U.S.C. § 1446(d), written notice of this filing will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the Court for the Superior Court of California. County of San Diego, Northern Division.

DATED: January 3, 2020

ERICKSEN ARBUTHNOT

By: /s/ Mark L. Kiefer
MARK L. KIEFER, ESQ.
ANGELA G. KIM, ESQ.
DEBORAH A. SMILLIE, ESQ.
Attorneys for Defendants,
EXTENDED STAY AMERICA, INC.,
ESA MANAGEMENT, LLC, and
ESA P PORTFOLIO, LLC

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

CASE NAME: *CHANDLER v. EXTENDED STAY AMERICA, ET AL.*
ACTION NO.:

CERTIFICATE OF SERVICE

I declare that I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 835 Wilshire Boulevard, 5th Floor, Los Angeles, CA 90017.

On January 3, 2020, I served the following documents described as

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (a)**

on the interested parties in this action by using the following method:

/ X / (BY MAIL) I placed each sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Los Angeles, California, following ordinary business practices. I am readily familiar with the practice of Ericksen Arbuthnot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ X / (BY ELECTRONIC SERVICE) Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. OR: I will be electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Alan G. Ridenour, Esq.

7777 Alvarado Road 413

La Mesa CA 91942

1-619-800-1529

aridenour@mac.com

*Attorneys for Plaintiff Laura Ashley Chandler*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 3, 2020, at Los Angeles, California.

                                        /s/ Charlotte Hoover
                                        Charlotte Hoover