EXHIBIT "A"

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | | FOR COURT USE ONLY |
|---|---|---|
| Alan G. Ridenour, Esq. SBN: 270368<br>Ridenour Law Office<br>7777 Alvarado Rd, Suite 413<br>La Mesa, CA 91942<br>TELEPHONE NO.: (619) 800-1529   FAX NO.: (619) 800-5529<br>ATTORNEY FOR *(Name):* Plaintiff Laura Ashley Chandler | | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**09/27/2019** at 04:44:59 PM<br>Clerk of the Superior Court<br>By Michael Clemens, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 S. Melrose Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Vista 92081
BRANCH NAME: North - Civil

CASE NAME:
Chandler v. Extended Stay America, et. al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 37-2019-00051953-CU-PO-NC |
|---|---|---|
| ☑ Unlimited    ☐ Limited<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)   $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: Judge Robert P Dahlquist<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)
   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☑ Other PI/PD/WD (23)
   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)
   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Rule 3.740 collections (09)
   ☐ Other collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)
   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)
   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)
   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)
   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint *(not specified above)* (42)
   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* Three; premises liability, general negligence, negligence per se.
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 27, 2019

Alan G. Ridenour
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc.; ESA P Portfolio, LLC and Does 1 to 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Laura Ashley Chandler

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**09/27/2019** at 04:44:59 PM

Clerk of the Superior Court
By Michael Clemens, Deputy Clerk

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Superior Court of California, San Diego County
325 S. Melrose Dr., Vista, CA 92081

**37-2019-00051953-CU-PO-NC**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alan G. Ridenour, Ridenour Law Office, 7777 Alvarado Rd, Suite 413, La Mesa, CA 91942, (619) 800-1529

DATE: **10/02/2019**            Clerk, by _M. Clemens_, Deputy
*(Fecha)*                       *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
    under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
www.accesslaw.com

|  | PLD-PI-001 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Alan G. Ridenour (State Bar # 270368)<br>Ridenour Law Office<br>7777 Alvarado Rd, Suite 413<br>La Mesa, CA 91942<br>TELEPHONE NO: (619) 800-1529   FAX NO. *(Optional):* (619) 800-5529<br>E-MAIL ADDRESS *(Optional):* aridenour@mac.com<br>ATTORNEY FOR *(Name):* Laura Ashley Chandler, Plaintiff | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**09/27/2019** at 04:44:59 PM<br>Clerk of the Superior Court<br>By Michael Clemens, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS:<br>MAILING ADDRESS: 325 S. Melrose Dr.<br>CITY AND ZIP CODE: Vista 92081<br>BRANCH NAME: North Division - Civil | |
| PLAINTIFF: Laura Ashley Chandler<br><br>DEFENDANT: Extended Stay America; ESH / ESA Properties, LLC;<br>ESA Management, Inc.; ESA P Portfolio, LLC and<br>[✓] DOES 1 TO   100 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE   [✓] OTHER *(specify):* Premises Liability, Negligence<br>[ ] Property Damage   [ ] Wrongful Death<br>[✓] Personal Injury   [ ] Other Damages *(specify):* | |
| Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | 37-2019-00051953-CU-PO-NC |

1. Plaintiff *(name or names):* Laura Ashley Chandler
   alleges causes of action against defendant *(name or names):* Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc; ESA P Portfolio, LLC and Does 1 to 100
2. This pleading, including attachments and exhibits, consists of the following number of pages: six (6).
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

www.accesslaw.com

PLD-PI-001

| SHORT TITLE: CHANDLER v. EXTENDED STAY AMERICA, et. al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Extended Stay America
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name): ESA Management, Inc
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name): ESH/ESA Properties, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☒ except defendant (name): ESA P Portfolio, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 to 50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 51 to 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 2 of 3

| | PLD-PI-001 |
|---|---|
| SHORT TITLE:<br>CHANDLER v. EXTENDED STAY AMERICA, et. al. | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☑ Other (specify):
       Negligence Per Se

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage (specify):

    Other relief as the court may deem proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
    (1) ☑ according to proof
    (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

    All.

Date: September 27, 2019

ALAN G. RIDENOUR, ESQ.
(TYPE OR PRINT NAME)

▶ /s/ Alan G. Ridenour
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 3 of 3

| | | PLD-PI-001(4) |
|---|---|---|
| SHORT TITLE:<br>CHANDLER v. EXTENDED STAY AMERICA, et. al. | CASE NUMBER: | |

FIRST     CAUSE OF ACTION—Premises Liability     Page 4
_(number)_

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
_(Use a separate cause of action form for each cause of action.)_

Prem.L-1. Plaintiff _(name)_: LAURA ASHLEY CHANDLER
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On _(date)_: September 28, 2017    plaintiff was injured on the following premises in the following fashion _(description of premises and circumstances of injury)_:

Plaintiff, a guest of defendants' hotel at 1050 Grand Ave, Carlsbad, CA, was on the premises walking down a pedestrian ramp and tripped on the ramp's raised curb causing her to fall and sustain a left elbow dislocation and ulnar ligament tear and surgery. The ramp's raised curb on a foreseeable pedestrian walkway constituted an unsafe and unreasonably dangerous condition as it created a substantial risk of injury to persons such as Plaintiff. Said injuries could have been avoided if the ramp had a flush adjacent curb and/or a railing and/or an adequate warning.

Prem.L-2. [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were _(names)_:
Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc; ESA P Portfolio, LLC; and
[✓] Does 1 to 100

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were _(names)_:

[ ] Does _____ to _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were _(names)_:

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names)_:
Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc; ESA P Portfolio, LLC; and
[✓] Does 1 to 100
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows _(names)_:

Page 1 of 1

Form Approved for Optional Use    **CAUSE OF ACTION—Premises Liability**    Code of Civil Procedure, § 425.12
Judicial Council of California       www.courtinfo.ca.gov
PLD-PI-001(4) [Rev. January 1, 2007]

PLD-PI-001(2)

| SHORT TITLE: CHANDLER v. EXTENDED STAY AMERICA, et.al. | CASE NUMBER: |
|---|---|

<u>SECOND</u>    **CAUSE OF ACTION—General Negligence**    Page <u>5</u>
   (number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: LAURA ASHLEY CHANDLER

alleges that defendant *(name)*: Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc; ESA P Portfolio, LLC; and

[✓] Does <u>1</u> to <u>100</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: September 28, 2017
at *(place)*: 1050 Grand Ave, in the City of Carlsbad, County Of San Diego, California.

*(description of reasons for liability)*:

Plaintiff realleges and incorporates by reference all paragraphs of Plaintiff's First Cause of Action as though fully set forth herein. Defendants, and their employees and/or agents, owed a duty to use reasonable care to keep property in their possession, custody, and/or control in a reasonably safe condition. By failing to use reasonable care to discover any unsafe condition and to repair, replace or give adequate warning of harm, Defendants, and each of them, caused injury to plaintiff, and Defendants' failure to perform a duty owed, was a substantial factor in causing physical, emotional and financial harm to Plaintiff.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION—General Negligence**
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

| SHORT TITLE: CHANDLER v. EXTENDED STAY AMERICA, et.al. | CASE NUMBER: |
|---|---|

## THIRD CAUSE OF ACTION - NEGLIGENCE PER SE

I. Plaintiff realleges and incorporates by reference Plaintiff's First Cause of Action and Plaintiff's Second Cause of Action as though fully set forth herein.

II. Plaintiff is informed and believes and, based thereon, alleges that defendants Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc.; ESA P Portfolio, LLC and DOES 1 through 100, and each of them, owed the Plaintiff the duties of care, as set forth above.

III. Plaintiff is informed and believes and thereon alleges that defendants Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc.; ESA P Portfolio, LLC and DOES 1 through 100, and each of them, violated California Building Code, Title 24, California Code of Regulations with their improper pedestrian ramp with raised curb construction and maintenance of their pedestrian ramp with a raised curb along a foreseeable pedestrian path of travel and/or violated said Building Code by failing to properly mark, provide a pedestrian railing, and/or provide other adequate form of warning to pedestrians.

IV. Plaintiff is informed and believes and thereon alleges that defendants Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc.; ESA P Portfolio, LLC and DOES 1 through 100, and each of them, were subject to laws and safety regulations pertaining building construction, safety and maintenance, as set forth above, and – further – that such laws and regulations were intended to preserve life and prevent bodily injury to persons occupying, or otherwise making use of, improvements upon land within the boundaries of the State of California, by ensuring the proper and timely construction, upkeep and maintenance of structures constructed upon the land.

V. Plaintiff is informed and believes and thereon alleges that defendants Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc.; ESA P Portfolio, LLC and DOES 1 through 100, and each of them, violated one or more laws and regulations of the California Building Code, Title 24, California Code of Regulations and breached their duties of care that were owed to the Plaintiff, as set forth above.

VI. On information and belief, Plaintiff additionally alleges that the harm created by the violations of the California Building Code by defendants Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc.; ESA P Portfolio, LLC and DOES 1 through 100, and each of them, was the kind of harm the statutes were designed to prevent, Plaintiff was within the class of persons the legislature intended to protect, and plaintiff's injuries were of the type that the statutes were designed to avoid.

VII. Plaintiff is informed and believes and thereon alleges that as an actual and proximate result of the violations of the aforementioned California Building Code, Title 24, California Code of Regulations, by defendants Extended Stay America; ESH / ESA Properties, LLC; ESA Management, Inc.; ESA P Portfolio, LLC and DOES 1 through 100, and each of them, Plaintiff sustained, among other things, significant injuries including but not limited to a left elbow dislocation and ulnar ligament tear resulting in surgery. Plaintiff is equally informed and believes and thereon alleges that her past injury-related medical expenses to date exceed $189,000.00 with Plaintiff having future care for her ongoing problems.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers): Item I, II, III, IV, V, VI, and VII.

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 6

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987]
ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper
CRC 201, 501
www.accesslaw.com